No. 9535. In the Matter of the ESTATE OF ELMER W. ADAMSON, Deceased, WESLEY ADAMSON, Administrator, APPELLANT, v. PHYLLIS ADAMSON CONLON, RESPONDENT.

288 Pac. (2d) 1095.

Decided Oct. 25, 1955.

Raymond F. Gray, Ronan, Shallenberger & Paddock, Missoula, for Appellant.

F. N. Hamman, Lloyd I. Wallace, Polson, for Respondent.

Per Curiam.

On application of counsel for the respective parties and their written stipulation duly filed;

It is ordered that the above numbered and entitled action

be and it is hereby dismissed with prejudice as fully settled upon the merits, each party to pay his own costs.

MR. CHIEF JUSTICE ADAIR and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS and BOTTOMLY, concur.